**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-2281**

GREGORY BLAKE HALEY,

Plaintiff - Appellant,

v.

TOWN OF WAKE FOREST; ERIC KERAVUORI; MITZI FRANKLIN; VIRGINIA JONES; MARK WILLIAMS; ROE O'DONNELL,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:16-cv-00347-FL)

Submitted: July 26, 2019                        Decided: August 16, 2019

Before HARRIS and QUATTLEBAUM, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

William P. Barrett, Joshua M. Krasner, BARRETT LAW OFFICES, PLLC, Raleigh, North Carolina, for Appellant. Katie W. Hartzog, Michael B. Cohen, CRANFILL SUMNER & HARTZOG LLP, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory Blake Haley appeals the district court's order granting summary judgment to the Defendants and denying his motion for partial summary judgment in his action alleging claims under the Family and Medical Leave Act of 1993, 29 U.S.C. §§ 2601-2654 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Haley v. Town of Wake Forest*, No. 5:16-cv-00347-FL (E.D.N.C. Sept. 28, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*